JASON P. REINSCH (Texas Bar No. 24040120)
Email: reinschj@sec.gov

Attorney for Plaintiff
Securities and Exchange Commission
801 Cherry St., Suite 1900
Fort Worth, Texas 76102
Telephone: (817) 900-2601
Facsimile: (817) 978-4927

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN CHIANG aka CYRUS KONG, ERIC TIPPETTS, JAMES HARDY, and MAURICE "BUTCH" CHELLIAH,<br><br>Defendants. | Case No. 3:22-cv-00600-AGS-VET<br><br>**UNOPPOSED MOTION TO ENTER FINAL JUDGMENT AS TO DEFENDANT STEVEN CHIANG AKA CYRUS KONG** |

Plaintiff Securities and Exchange Commission ("SEC") files this Unopposed Motion to Enter Final Judgment as to Defendant Steven Chiang aka Cyrus Kong ("Defendant" or "Chiang"), and respectfully shows the Court as follows:

1. The SEC filed this civil action on April 28, 2022, alleging violations of the federal securities laws. *See* Dkt. No. 1.

2. The SEC has reached a settlement with Defendant, who has executed a written consent ("Judgment Consent"), attached hereto as <u>Exhibit A</u>, which sets out the terms of the agreement. The parties have also executed their consent to

1

magistrate judge jurisdiction over all disputes arising out of the bifurcated Judgment including the interpretation and enforcement of same ("Magistrate Judge Consent"), attached hereto as Exhibit B.

3. Under the terms of the Judgment Consent, Defendant, *inter alia*: (a) acknowledges having been served with the complaint in this action; (b) enters a general appearance; (c) admits the Court's jurisdiction over him and over the subject matter of this action; (d) waives the entry of findings of fact and conclusions of law; (e) consents to the entry of a judgment as articulated in the Judgment Consent; and (f) waives any right to appeal from any such judgment. Further, counsel for Defendant has reviewed the Judgment Consent and has signed it to reflect his approval as to form. *See* Exhibit A at 6.

4. Pursuant to the Judgment Consent, Defendant agrees to the entry of a final judgment in which he is, *inter alia*:

(a) permanently restrained and enjoined from violation of Sections 5(a), 5(c), and 17(a) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. §§ 77e(a), 77a(c), and 77q(a)], and Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5];

(b) restrained and enjoined for a period of 10 years from participating, directly or indirectly, in any offering of securities, including any digital asset security; provided, however, that such injunction shall not prevent him from purchasing or selling securities for his own personal accounts;

(c) ordered to pay disgorgement of $2,504,584.62, plus prejudgment interest of $603,773.03; and

(d) ordered to pay a civil penalty of $223,229 under Section 20(d) of the Securities Act and Section 21(d)(3) of the Exchange Act.

5. The final judgment as articulated in the Judgment Consent would dispose of all issues in the SEC's case against Defendant.

6. Thus, the SEC respectfully requests that the Court enter the final judgment as articulated in the Consent and as consented to by Defendant.

Dated: January 31, 2024        /s/ *Jason P. Reinsch*

                                               Jason P. Reinsch
                                               Attorney for Plaintiff
                                               Securities and Exchange Commission

# AFFIDAVIT OF SERVICE

I hereby certify that on January 31, 2024, I electronically filed the foregoing *Unopposed Motion to Enter Final Judgment as to Defendant Steven Chiang aka Cyrus Kong* via the Court's CM/ECF filing system, which will send a notice of electronic filing to all CM/ECF participants. I further certify that I served a true and correct copy of the foregoing document via electronic mail on all non-CM/ECF parties and/or their counsel as detailed below:

**Via email to mmwolfe@duanemorris.com**
Mauro M. Wolfe
Duane Morris LLP
1540 Broadway
New York, NY 10036
*Counsel for Defendant Steve Chiang*

**Via email to kmarcus@stradlinglaw.com**
Kathleen Marcus
Stradling Yocca Carlson & Rauth
660 Newport Center Dr., Suite 1600
Newport Beach, CA 92660
*Counsel for Defendant Eric Tippetts*

**Via email to mgibson@bp-g.com**
Michael P. Gibson
Burleson, Pate & Gibson, LLP
Founders Square
900 Jackson Street, Suite 330
Dallas, Texas 75202
*Counsel for Defendant James Hardy*

**Via email to kjulian@manatt.com**
Kenneth Julian
Manatt, Phelps & Phillips, LLP
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
*Counsel for Defendant Maurice "Butch" Chelliah*

/s/ Jason P. Reinsch
Jason P. Reinsch